Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                        Case No.:  19−10271−JNP
                                        Chapter:  13
                                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frank T Bittle 2nd
   50 Crow Pond Road
   Pittsgrove, NJ 08318

Social Security No.:
   xxx−xx−5050

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>April 29, 2019</u>                 <u>Jerrold N. Poslusny Jr.</u>
                                     Judge, United States Bankruptcy Court